UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**RONALD D. SNYDER,**

       **Plaintiff,**        **CIVIL ACTION NO. 14-cv-12814**

    **v.**

**COMMISSIONER OF**        **MAGISTRATE JUDGE MONA K. MAJZOUB**
**SOCIAL SECURITY,**

       **Defendant.**
_____/

## JUDGMENT

In accordance with the Court's "Opinion and Order" dated September 14, 2015,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Ronald D. Snyder and against Defendant Commissioner of Social Security and that this action is **REMANDED** to the Commissioner under 42 U.S.C. § 405(g) for further proceedings.

Dated:  September 14, 2015        s/ Mona K. Majzoub
                                           MONA K. MAJZOUB
                                           UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Order was served upon counsel of record on this date.

Dated: September 14, 2015        s/ Lisa C. Bartlett
                                          Case Manager